IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD CHASE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN M. FARRELL, et al. | : | No. 14-2380 |

**O R D E R**

AND NOW, this 20th day of July, 2015, having considered Petitioner's *pro se* petition for a writ of habeas corpus, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**I FURTHER ORDER** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.